UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                                :

UNITED STATES OF AMERICA,            :

                                                                                :         23 Cr. 561 (JPC)

          -v-                                           :

                                                                                :         <u>ORDER</u>

IVANJOEL ARYEETEY,                   :

                                    Defendant.         :

-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      This matter has been reassigned to the undersigned. On December 29, 2023, Defendant Ivanjoel Aryeetey filed an application for release on bail. Dkt. 6. The Court directs the Government to respond to that application by January 11, 2024. On January 16, 2024, at 3:00 p.m., the Court will hold a bail argument, and that appearance will also serve as a status conference.

      SO ORDERED.

Dated: January 5, 2024
       New York, New York                                              JOHN P. CRONAN
                                                                                United States District Judge