**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.896.0611 direct
mgilbert@sheppardmullin.com

January 9, 2024

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *United States v. Ivanjoel Aryeetey*, 23-CR-00561 (S.D.N.Y.)
      <u>Letter Motion Requesting Extension for Motion to Suppress</u>

Dear Judge Cronan:

Ivanjoel Aryeetey, defendant in the above-captioned case, through his undersigned counsel, respectfully requests an extension of seven days to file pretrial motions. The government consents. Mr. Aryeetey has not previously requested any extensions in this case.

On January 5, 2024, this case was reassigned from District Judge J. Paul Oetken to Your Honor. On October 19, 2023, Judge Oetken set a January 10 deadline for Aryeetey to file pretrial motions. We understand Your Honor's Individual Rule of Practice 1.E requires 48 hours notice. However, we were only notified of the transfer on January 8, 2024.

Mr. Aryeetey now requests an extension of seven days to file his pretrial motions. The schedule which Mr. Aryeetey requests, and the government has consented to, are Mr. Aryeetey's pretrial motions being due on January 17, 2024, and the government's response being due on January 31, 2024.

Thank you for your consideration of this request.

Respectfully Submitted,

*[signature]*

Michael J. Gilbert/Lucas Amodio[1]
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

CC: William Stone, Assistant U.S. Attorney
SMRH:4884-0047-2987.2

The request is granted.  Defendant Aryeetey's pretrial motions are due on January 17, 2024, and the Government shall respond by January 31, 2024.

SO ORDERED.
January 10, 2024
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge

---

[1] Lucas Amodio is not yet admitted to practice law in the Southern District of New York.