

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 30, 2024

**By ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted. The Government may file its opposition by February 5, 2024.

SO ORDERED.
January 31, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Re:   *United States v. Ivanjoel Aryeetey*, 23 Cr. 561 (JPC)

Dear Judge Cronan:

    The Government respectfully submits this letter to request a short extension of time within which to file its opposition to the defendant's pending motion to suppress in the above-captioned case. The Government's opposition is currently due tomorrow, Wednesday, January 31, 2024. Due to the unexpected press of other emergent matters, the Government respectfully requests that its filing deadline be extended to Monday, February 5, 2024.

    We thank the Court for its attention to this request and apologize for any inconvenience.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc:   Michael Gilbert, Esq.
      Lucas Amodio