```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :
                                                                        :      23 Cr. 561 (JPC)
IVANJOEL ARYEETEY,                                                      :
                                                                        :      PRETRIAL ORDER
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     Trial is scheduled to begin in this matter on May 6, 2024. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

     The parties advised at the status conference on March 12, 2024 that they do not anticipate calling expert witnesses. In the event that changes, the parties must promptly advise the Court so deadlines can be set for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C). The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by March 18, 2024. By April 1, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by April 1, 2024, with oppositions due April 15, 2024.

The Court will hold a Final Pretrial Conference on April 29, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 15, 2024
      New York, New York

_____
JOHN P. CRONAN
United States District Judge