UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                           :
UNITED STATES OF AMERICA,                    :
                                                                           :
                                                                           :      23 Cr. 561 (JPC)
            -v-                                            :
                                                                           :          <u>ORDER</u>
IVANJOEL ARYEETEY,                          :
                                                                           :
                         Defendant.            :
                                                                            :
------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

       The Court will conduct an evidentiary hearing on Mr. Aryeetey's Motion to Suppress, Dkts. 14-15, on Monday, April 8, 2024, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties should be prepared to address the circumstances around the police's pursuit of Mr. Aryeetey both by vehicle and by foot.  In addition, by April 5, 2024, the parties are directed to submit, in electronic form, any exhibits they intend to introduce at the hearing.

       SO ORDERED.

Dated: March 4, 2024
       New York, New York                                                     JOHN P. CRONAN
                                                                                              United States District Judge