```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
         -v-                                        :
                                                    :      23 Cr. 561 (JPC)
IVANJOEL ARYEETEY,                                  :
                                                    :      PRETRIAL ORDER
                           Defendant.               :
                                                    :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For the reasons discussed during today's conference, the Court grants Michael J. Gilbert, Lucas Amodio, and Micaela Manley's request to withdraw as counsel for Defendant and appoints Martin S. Bell as counsel for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

Trial is scheduled to begin in this matter on October 28, 2024. The Court directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and Section 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by September 6, 2024. The deadline for the Government's expert disclosures pursuant to Federal Rule of Civil Procedure 16(a)(1)(G) is August 16, 2024. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is September 13, 2024. By September 20, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by September 20, 2024, with oppositions due October 4, 2024. The Court will hold a Final Pretrial Conference on October 23, 2024 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York 10007.

 The Clerk of Court is respectfully directed to close Docket Numbers 39 and 41 and to terminate Michael J. Gilbert, Lucas Antonio Amodio, and Micaela Manley as counsel in this matter.  Martin S. Bell shall promptly file a notice of appearance.

 SO ORDERED.

Dated: August 17, 2023  
   New York, New York

                   JOHN P. CRONAN  
                   United States District Judge