UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
    -v-                                                           :
:      23 Cr. 561 (JPC)
IVANJOEL ARYEETEY,                                                :
:      ORDER PERMITTING THE
                    Defendant.                                    :      DEFENDANT TO APPEAR
:      AT TRIAL IN CIVILIAN
------------------------------------------------------------------X      CLOTHING WITHOUT
                                                                         RESTRAINTS

JOHN P. CRONAN, United States District Judge:

    Upon the application of the defendant, Ivanjoel Aryeetey, by and through his attorneys, the Court hereby orders the Metropolitan Detention Center ("MDC") to accept clothing for the defendant to use during his trial, which will begin on October 29, 2024. The Court now orders the MDC to accept up to five sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, ties, and sweaters, and to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire prior to each appearance and appear before the jury without restraints during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MDC.

    SO ORDERED.

Dated: October 25, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge