UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>against<br><br>IVANJOEL ARYEETEY,<br><br>Defendant. | No. 23 Cr. 561 (JPC)<br><br>**ORDER PERMITTING THE DEFENDANT TO APPEAR AT TRIAL IN CIVILIAN CLOTHING AND WITHOUT RESTRAINTS** |

Upon the application of the defendant, Ivanjoel Aryeetey, by and through his attorneys, the Court hereby orders the Metropolitan Detention Center ("MDC") in Brooklyn, New York, to accept clothing for the defendant to use during the pendency of his trial. The Court now orders the MDC to accept up to five sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, ties, sweaters, and eyeglasses and to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire prior to each appearance and appear before the jury without restraints during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MDC.

**SO ORDERED.**

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: November 3, 2024
New York, NY