```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                  :
UNITED STATES OF AMERICA,                         :
                                                  :
                                                  :
                                                  :
                                                  :   23 Cr. 561 (JPC)
            -v-                                   :
                                                  :       ORDER
IVANJOEL ARYEETEY,                                :
                                                  :
                Defendant.                        :
                                                  :
------------------------------------------------------------------ X
```

JOHN P. CRONAN, United States District Judge:

The United States Marshals Service ("Marshals") shall allow Defendant Ivanjoel Aryeetey to accept, receive, and consume food and soft drinks at the 500 Pearl Street Courthouse, according to the following procedure:

(1) Aryeetey's counsel will offer to be accompanied by the Marshals to the 8th Floor cafeteria when purchasing food and soft drinks there. The Marshals may, at their discretion, either accompany Aryeetey's counsel to the cafeteria and supervise the purchase of food and soft drinks or allow counsel to bring back food and soft drinks on their own, subject to the inspection described below. Aryeetey's counsel will purchase the food and soft drinks, subject to any limitations imposed by the Marshals due to safety concerns, and bring them to Courtroom 12D.

(2) In Courtroom 12D, Aryeetey's counsel will turn the purchased food and soft drinks over to the Marshals for inspection. If the inspection yields no safety concerns, Aryeetey will be allowed to receive and consume the food and soft drinks in Courtroom 12D, at the counsel table, subject to the ongoing supervision of the Marshals. For avoidance of doubt, the Marshals shall

have sole discretion to determine whether permitting Aryeetey to consume the food and soft drinks is consistent with court safety.

(3) This order will remain in effect for the remainder of Aryeetey's trial, including during jury deliberations.

SO ORDERED.

Dated: November 5, 2024
New York, New York

                                             _____
                                             JOHN P. CRONAN
                                             United States District Judge