```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :
                                                                       :       23 Cr. 561 (JPC)
IVANJOEL ARYEETEY,                                                     :
                                                                       :           ORDER
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant Ivanjoel Aryeetey is scheduled to be sentenced by the Court on February 19, 2025. In its sentencing submission, defense counsel argues that the conditions of Defendant's incarceration at the Metropolitan Detention Center ("MDC") warrant a downward departure from the U.S. Sentencing Guidelines. Dkt. 90 at 6-8. The Government does not respond to this argument in its sentencing submission. *See* Dkt. 91. Accordingly, by 12:00 p.m. on February 18, 2025, the Government is directed to submit a letter addressing whether it opposes Defendant's request for a *departure* (not a variance) from the Guidelines range based on conditions at the MDC and, if so, the grounds for that opposition.

SO ORDERED.

Dated: February 15, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge